IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00579-P |
| | § | |
| JOSEPH R. BIDEN, JR. et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction (ECF No. 25), in which Defendants seek a one-week extension. Having considered the request for extension, the Court finds that it should be **GRANTED in part.**

Therefore, it is **ORDERED** that Defendants file a response to the Motion for Preliminary Injunction **on or before July 6, 2021**; Plaintiff file a reply **on or before July 12, 2021**; and the hearing on the Motion be reset for **July 13, 2021 at 9:00 a.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas 76102.

**SO ORDERED** on this **28th day** of **June, 2021**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE