**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
FORT WORTH DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br><br>                Plaintiff,<br><br>                        v.<br><br>JOSEPH R. BIDEN, JR., et al.,<br><br>                Defendants. | Civil Action No. 4:21-cv-00579-P |

**APPENDIX TO PLAINTIFF'S REPLY IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

## TABLE OF CONTENTS

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Miriam Jordan, *From India, Brazil and Beyond: Pandemic Refugees at the Border*, N.Y. TIMES, https://www.nytimes.com/2021/05/16/us/migrants-border-coronavirus-pandemic.html (May 16, 2021). | App. 1-8 |
| 2 | *Health minister acknowledges third wave of coronavirus is underway in Mexico*, MEXICO NEWS DAILY, https://mexiconewsdaily.com/news/coronavirus/health-minister-acknowledges-third-wave-of-coronavirus-is-under-way-in-mexico/ (July 6, 2021). | App. 9-11 |
| 3 | Cheryl Teh,  *Researchers are investigating if a COVID-19 with multiple mutations found in India is more deadly and resistant to existing vaccines*, BUSINESS INSIDER, https://www.businessinsider.com/covid-triple-mutant-in-india-could-be-much-more-deadly-2021-4 (Apr 23, 2021) | App. 12-16 |
| 4 | Luke Money & Rong-Gong Lin II, *Unvaccinated people face growing danger as Delta variant stalls herd immunity*, L.A. Times, https://www.latimes.com/california/story/2021-07-12/options-as-contagious-delta-variant-stalls-herd-immunity (July 12, 2021) | App. 17-25 |

The New York Times

# From India, Brazil and Beyond: Pandemic Refugees at the Border

Fleeing virus-devastated economies, migrants are traveling long distances to reach the United States and then walking through gaps in the border wall. The Arizona desert has become a favorite crossing point.

 **By Miriam Jordan**

Published May 16, 2021   Updated June 7, 2021

YUMA, Ariz. — Standing by the hulking border wall, a U.S. Border Patrol agent watched as a car dropped off passengers at the edge of a road on the Mexican side. "Oh, no," he muttered. "Here come some more."

In the next hours, dozens of people would descend a bare hillock, pass a puddle where the Colorado River trickles and, without fanfare, pass through a gap in the rust-beam barrier that soars between the United States and Mexico. They had completed the final leg of journeys that began weeks or months earlier in Brazil, Cuba, India and Venezuela.

Carrying dusty backpacks and dreams of new jobs in new cities, the unauthorized migrants did not sprint across the road to hide in the vast alfalfa fields, as so many border crossers have in the past. Many of them walked toward the agent, arms raised in surrender, confident that they would not be turned away. Javier Gomez fell to his knees and prayed, his daughter, Maria, by his side.

"We sold our house, everything, to come," said Mr. Gomez, an itinerant salesman whose family left Venezuela three months ago to make the journey northward over land. "We are blessed to have made it."



Javier and Maria Gomez said a prayer on the U.S. side of the border wall after crossing from Mexico.  *Ariana Drehsler for The New York Times*

App. 001

Case 4:21-cv-00579-P    Document 47    Filed 07/12/21    Page 4 of 27    PageID 480



Natasha Gomez cried near the opening in the border wall in Yuma, Ariz. The Gomez family traveled from Venezuela to the U.S. border.  Ariana Drehsler for The New York Times

The Biden administration continues to grapple with swelling numbers of migrants along the southwestern border. In April alone, 178,622 people were encountered by the Border Patrol, the highest number in 20 years.

Most of them are from Central America, fleeing gang violence and natural disasters.

But the past few months have also brought a much different wave of migration that the Biden administration was not prepared to address: pandemic refugees.

They are people arriving in ever greater numbers from far-flung countries where the coronavirus has caused unimaginable levels of illness and death and decimated economies and livelihoods. If eking out an existence was challenging in such countries before, in many of them it has now become almost impossible.

According to official data released this week, 30 percent of all families encountered along the border in April hailed from countries other than Mexico and the Central American countries of Guatemala, Honduras and El Salvador, compared to just 7.5 percent in April 2019, during the last border surge.

The coronavirus pandemic has had far-reaching consequences for the global economy, erasing hundreds of millions of jobs. And it has disproportionately affected developing countries, where it could set back decades of progress, according to economists. About 13,000 migrants have landed in Italy, the gateway to Europe, so far this year, three times as many as in the same period last year.

At the U.S.-Mexico border in recent months, agents have stopped people from more than 160 countries, and the geography coincides with the path of the virus's worst devastation.

More than 12,500 Ecuadoreans were encountered in March, up from 3,568 in January. Nearly 4,000 Brazilians and more than 3,500 Venezuelans were intercepted, up from just 300 and 284, respectively, in January. The numbers in coming months are expected to be higher.

App. 002



A Border Patrol agent looking for undocumented migrants at an opening in the border wall. Ariana Drehsler for The New York Times

From India and elsewhere in Asia, they embark on Phileas Fogg journeys. Some reported taking buses in their hometowns to a big city, like Mumbai, where they boarded planes to Dubai and then connected through Moscow, Paris and Madrid, finally flying to Mexico City. From there, they embarked on the two-day bus ride to reach the Mexico-U.S. border.

Many of them are entering the United States through wide openings in the border wall near Yuma, sparing them from the risky routes through remote desert regions, where migrants frequently lose their bearings, or across the Rio Grande in Texas, where migrants occasionally drown.

Border Patrol agents working in the Yuma sector said the number of migrants arriving there now dwarfs the surge of Central Americans two years ago that prompted some of the harsh immigration measures imposed by former President Donald J. Trump. They said they were struck by how far people had traveled.

U.S. asylum law grants protection to those suffering persecution on account of their race, religion, nationality, political opinion or membership in a particular social group.

But large numbers of migrants have been driven to the U.S. border by economic hardship in their home countries, and now the pandemic has widened that circle. Though no records are kept at the border on the reasons people have cited in choosing to move, interviews with many of those arriving at the border, along with Border Patrol officials, shelter operators and immigration scholars, suggested that the job collapse brought about by the coronavirus — coupled with the Biden administration's more welcoming policies — is driving much of the new surge.

Most migrants are being released to await immigration hearings that could take years, and if they fail to win asylum, many may wind up staying anyway, adding to the millions of immigrants living in the United States without permission.

Case 4:21-cv-00579-P   Document 47   Filed 07/12/21   Page 6 of 27   PageID 482



A family from Brazil walked up an embankment toward the border wall.   Ariana Drehsler for The New York Times

App. 004

7/10/2021
Migrants from India, Brazil and Beyond Travel to U.S. Border - The New York Times
Case 4:21-cv-00579-P    Document 47    Filed 07/12/21    Page 7 of 27    PageID 483



Border Patrol officers questioned undocumented migrants who crossed through a gap in the border wall from Mexico into the U.S.  Ariana Drehsler for The New York Times

Diego Piña Lopez, who runs Casa Alitas, a shelter in Tucson, Ariz., that receives migrants from Yuma after they have been processed by the Border Patrol, has had to expand its language and cultural resources to handle the migrants passing through. "We never worked with such large numbers with this diversity," he said, citing Arabic, Haitian Creole, Hindi and Portuguese speakers.

The spike in Arizona prompted Gov. Doug Ducey to declare a state of emergency in several counties last month and to deploy the National Guard along the border. Republican lawmakers have been sharply critical of the admission of tens of thousands of young migrants, along with a large number of families, who would have been turned back under the Trump administration. Even Senator Mark Kelly, a Democrat, recently criticized President Biden for not addressing "the immediate crisis at the border."

During a single weekend in early May, agents in the Yuma area intercepted 1,600 migrants.

"So many people around the world saw their standard of living slide backward, it's no surprise that they would jump at the chance to get into the U.S. when they hear that others have managed to cross from Mexico successfully," said Andrew Selee, president of the nonpartisan Migration Policy Institute.

"I saw some of the same dynamics in 2019," he said. "But it was on a much smaller scale."

## Opportunity and despair

While most of the migrants do not necessarily understand the intricacies of U.S. border policy, many said in interviews that they perceived a limited-time offer to enter the United States. Friends and family members already in the country, along with smugglers eager to cash in, have assured them that they will not be turned away — and this is proving to be true.

"What we're hearing back home is that the new president is facilitating entry, and there is demand for labor," said Rodrigo Neto, who came from Brazil, where the pandemic killed his business and left him overwhelmed by debt. "I couldn't pass up this opportunity."

Mr. Neto, 55, shuttered his electrical shop, sold his car and gathered up his savings to pay for the journey.

Like many people from Brazil and other countries ravaged by the pandemic, he was unable to get a visa to enter the United States. Instead, he flew from São Paulo to Mexico City and then to Tijuana, where a driver working for a smuggling network met his group. They were then ferried to the side of the road in Algodones, Mexico, across the border from Arizona, where they were deposited one recent morning.

From there it took them just 10 minutes to reach County Road 8, where a Border Patrol agent stood near an opening in the wall.

"Each week, between 1,200 and 1,500 Brazilians are flying into Tijuana, but it's not for tourism," Jody Hice, a Republican congressman from Georgia, said on Twitter after being briefed by the Border Patrol during a recent tour of the border.



A young girl being transported to an immigrant processing center by Border Patrol agents in Yuma, Ariz.  Ariana Drehsler for The New York Times

While the U.S. government attempts to swiftly send back migrants caught illegally crossing the border under an emergency pandemic health order known as Title 42, Mexico has refused to accept many migrants from South America, Asia and the Caribbean. In many cases, those migrants have been released in the United States with a notice to appear later in an immigration court — a practice that is acting as a new magnet.

"Title 42 has created a massive business for cartels," said Alex Miller, a managing attorney with the Florence Project, an immigration legal-aid organization in Arizona. "People who enter between ports of entry have increasingly gotten through, particularly in Yuma."

Most of the long-distance migrants have been crossing in the Yuma sector, where openings in the fence are there intentionally, to enable the Bureau of Reclamation to reach agricultural canals near the Colorado River, or in places where the border fence is just waist high, enough to block vehicles but not people on foot.

But some migrants have been scaling the newly reinforced, 30-foot bollard boundary right in the vicinity of a plaque where Mr. Trump commemorated the 200th mile of his border wall system.

## Accommodating the surge

App. 006

Case 4:21-cv-00579-P    Document 47    Filed 07/12/21    Page 9 of 27    PageID 485

A huge tent has gone up in the parking lot behind the Border Patrol's headquarters in Yuma to accommodate migrants taken into custody, who must be interviewed and undergo background checks.

Some are transferred to Immigration and Customs Enforcement detention. But most are simply being released to nonprofit aid centers, where they spend a day or two before traveling to join friends and relatives elsewhere in the United States.

Measures imposed under the Obama administration, such as fitting migrants with ankle monitors to ensure that they attend court hearings later, are only sparingly used.

Along the gravel road heading south from Yuma, signs of recent crossings are ubiquitous: water bottles, shirts, beanies, a rattle. An abandoned blue backpack was filled with disposable diapers and baby clothes. In one spot, two mattresses were parked against the U.S. side of the wall to ensure a soft landing for migrants willing to take a leap.

On one recent morning, two families from India made their way across the border, the men with their arms raised, their wives and children following behind. One family said they hoped to reach Georgia; the other was Florida-bound.



Families from India surrendered to a Border Patrol officer after crossing into the U.S.   Ariana Drehsler for The New York Times

App. 007

Case 4:21-cv-00579-P    Document 47    Filed 07/12/21    Page 10 of 27    PageID 486



Discarded clothing left in the sand along the border wall.   Ariana Drehsler for The New York Times

They had flown through five countries to reach Mexico City, where they had boarded a bus to the U.S.-Mexico border. A cabdriver connected to coyotes had deposited them on a road from which they walked to a gap in the wall.

Close behind them came a Cuban man headed for Miami.

A few minutes later, a little girl with a Mickey Mouse sweater dangling from her waist came through with three adults, headed for Boston, where friends and jobs awaited.

Then came the Gomez family, the ones who had come from Venezuela, dragging wheeled baggage. Mr. Gomez's wife, Natasha, held her three grandchildren and wept. "In Venezuela, there is no food, no electricity, no medicine, no work," she said.

Border Patrol agents checked documents and jotted down names of the migrants who, to escape the oppressive heat, had gathered in the shade cast by the wall.

Soon a van arrived to ferry them to the Border Patrol station — and an uncertain, but hopeful, new chapter.

Miriam Jordan is a national correspondent who reports on the impact of immigration on the society, culture and economy of the United States. Before joining The Times, she covered immigration at the Wall Street Journal and was a correspondent in Brazil, India, Hong Kong and Israel. @mirjordan

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Pandemic Sends New Faces Across U.S. Border

App. 008

# Health minister acknowledges third wave of coronavirus is underway in Mexico

June case numbers were up 53% and deaths up 42% over May

***FREE ACCESS***

Published on Tuesday, July 6, 2021

Mexico has entered a third wave of the pandemic, the federal government's coronavirus point man acknowledged on Tuesday.

"We have a situation where there is a spike [in case numbers], the third of the pandemic and second of the year," Deputy Health Minister Hugo López-Gatell told reporters at President López Obador's morning press conference.

"But fortunately, and for a known reason, which is vaccination, deaths are not increasing at the same speed," he said.

However, Covid-19 fatalities did increase significantly in June compared to May. The Health Ministry reported 9,479 deaths last month, a 42% spike compared to 6,661 in May. Confirmed case numbers increased 53% in June to 105,527 from 68,987 in May.

An additional 642 deaths and 22,604 cases were reported in the first five days of July for daily averages of 128 fatalities and 4,521 new infections. The accumulated case tally currently stands at 2.54 million, while the official Covid-19 death toll is 233,689.

López-Gatell said that vaccination is preventing severe Covid-19 disease but also acknowledged that hospitalization rates have recently increased. He noted that some states have seen "very significant" increases in case numbers and hospitalizations.

At least one-third of Mexico's 32 states, including Quintana Roo and Yucatán, have seen an increase since the beginning of June, the news agency Reuters reported, but few new restrictions have been introduced and the federal government last week chose not to make any changes to its coronavirus stoplight map, which shows that the risk of infection is green light low in most of the country.

Baja California, one of just five high risk orange light states, recorded the biggest jump in case numbers in June, with new infections surging 366% to 1,721 from 369 in May.

Many of the new cases recently detected in Mexico were among young people, most of whom have not yet been vaccinated against Covid-19. The highly infectious Delta strain of the virus is now circulating in at least a third of Mexico's states, but it has not yet become the dominant variant here, as has occurred in some countries.

Case 4:21-cv-00579-P   Document 47   Filed 07/12/21   Page 12 of 27   PageID 488

Some studies have indicated that some vaccines don't offer robust protection against the Delta strain but López-Gatell said recently that such a finding was "still controversial."

Laurie Ximénez-Fyvie, a professor of molecular genetics at the National Autonomous University, told Reuters that if the Delta variant does spread widely in Mexico – where less effective Chinese vaccines have been widely used – the nation's coronavirus situation could deteriorate further.

She said that a new rebound in case numbers was "definitely" underway and warned that the current vaccination rate in Mexico – where about a quarter of the entire population and approximately 40% of adults have received at least one shot – may be insufficient to blunt the third wave.

"If Uruguay and Chile, which have vaccinated around 60% of their population, cannot stop the rebound, why could we with 20%?" Ximénez-Fyvie said.

Both South American countries have relied heavily on Chinese-made vaccines to inoculate their populations.

The SinoVac and CanSino vaccines, which Mexico has used to vaccinate millions of people including large numbers of seniors and teachers, are only 51% and 65% effective, respectively, in preventing the symptomatic disease, whereas studies show the Pfizer, AstraZeneca and Sputnik shots – which have also been used here – have significantly higher efficacy rates. It was recently reported that at least four people in Oaxaca vaccinated with CanSino were seriously ill with Covid-19. The protection the Chinese vaccines offer against the Delta strain is unclear.

More than 47 million vaccine doses have been administered since the national vaccination rollout began on December 24 but tens of millions of Mexicans, mainly young adults, have not yet been inoculated.

However, the government has opened up the vaccination registration process to people aged 18 and above across Mexico – even as some people in their 40s are yet to receive their first shot.

Adults wishing to get a shot can register using their CURP identity number on the government's vaccination website.

*With reports from Milenio and Reuters*

---

# Time is running out to support our Artisans Online campaign

Among the millions of Mexicans affected economically by the coronavirus are the country's artisans. Dependent on tourism for their livelihood, they have been forced to look for alternative means of selling their creations. One option is online sales. With that in mind, Mexico News Daily is supporting efforts by the Feria Maestros del Arte, a non-profit organization in Chapala, Jalisco, to help artisans sell their products online by donating 10% of the revenues from annual subscriptions to the Feria.

App. 010

We ask for your support for the Artisans Online project by purchasing or renewing a one-year subscription for US $29.99, of which $3 will help artisans reap the benefits of e-commerce. By the campaign's half-way point we had raised over US $2,000. By the time we wrap it up on July 9 we are confident that the total will be well over $4,000. **Please click here** to make a contribution.

*Tony Richards, Publisher*



# INSIDER

Subscribe

**US MARKETS CLOSED**   In the news

| ▼ **Dow Jones** | ▼ **Nasdaq** | ▼ **S&P 500** | ▼ **TSLA** | ▼ **FB** | ▼ **BABA** |
|---|---|---|---|---|---|
| +1.3% | +0.98% | +1.13% | +0.63% | +1.38% | +2.92% |

**HOME** > **NEWS**

# Researchers are investigating if a COVID-19 with multiple mutations found in India is more deadly and resistant to existing vaccines

**Cheryl Teh**   Apr 22, 2021, 11:05 PM

  



< HOMEPAGE                                                          Subscribe

**Medics attend to COVID-19 patients at Shehnai Banquet Hall, temporarily converted into an isolation ward, as**

7/10/2021                    A COVID Triple-Mutant Found in India Could Be Much More Deadly

coronavirus cases surge across the country.    Case 4:21-cv-00579-P Document 47 Filed 07/12/21 Page 15 of 27 PageID 491

**A new threat has emerged in India's fight against COVID — a triple-mutant variant of the virus.**

**The new strain was found in samples in Bengal, and may have evolved from existing double mutations.**

**Researchers in India are investigating whether the new threat may affect vaccine efficacy.**

NEWSLETTER

**Sign up for 10 Things in Politics newsletter for the biggest stories in politics & the economy.**

Email address

| Email address |

**SIGN UP**

By clicking 'Sign up', you agree to receive marketing emails from Insider as well as other partner offers and accept our Terms of Service and Privacy Policy.

As India contends with its second major wave of COVID cases and a double-mutated variant of the virus, it now faces a new threat — a triple-mutant variant.

Scientists found two triple-mutant varieties in patient samples in four states: Maharashtra, Delhi, West Bengal, and Chhattisgarh. Researchers in the country have dubbed it the "Bengal strain" and say it has the potential to be even more infectious than the double-mutant variant.

 HOMEPAGE                                                        Subscribe

variant.

App. 013

The Times of India spoke to Vinod Scaria, a researcher at the CSIR-Institute of Genomics and Integrative Biology in India, who said the triple-mutant was also an "immune escape variant" — a strain that helps the virus attach to human cells and hide from the immune system.

He added that it could have evolved from the double-mutant variant — which experts say is likely behind the recent surge of COVID in the country.

Sreedhar Chinnaswamy, a researcher from the National Institute of Biomedical Genomics in India, told the Times of India that the variant also carried the E484K mutation, a characteristic found in the variants first identified in South Africa and Brazil.

"In other words, you may not be safe from this variant even if you were previously infected by another strain, or even if you have been vaccinated," Chinnaswamy said.

Paul Tambyah, a professor of medicine at the National University of Singapore, said the good news is that there is no concrete evidence that the triple mutation is deadlier or more transmissible.

"Singapore researchers have done some work trying to link the mutations with clinical outcomes and transmissibility and have found no link between more severity or more transmissibility with newer mutants compared with the original lineages of SARS-CoV2," Tambyah said.

Other scientists studying COVID have detected quadruple- and quintuple-mutants in samples as well, he said, without it necessarily affecting how well vaccines work.

"There is good data suggesting that the immune system, not just antibodies, can respond to multiple different mutants," Tambyah said.

‹  HOMEPAGE                                                                    Subscribe

But this new threat is still worrying, as India's healthcare system has already reached a breaking point as it grapples with the second wave of COVID cases. Hospitals across the

country are dealing with critical shortages of medical oxygen supplies. Yesterday, six hospitals in the country reportedly ran out of oxygen as the country grappled with a sudden surge in patients.

Oxygen supplies have been diverted from shipbreaking facilities and steel plants. Still, hospitals remain overwhelmed — with some desperate families even resorting to stealing oxygen cylinders from hospitals to keep their family members alive.

India recorded a daily high of 314,835 COVID cases on Thursday, but that worldwide record was broken within 24 hours when the country announced that it recorded 332,730 new cases and 2,263 deaths on Friday. The country now has over 16 million COVID cases, second only to the US' record of 32 million cases.

## NOW WATCH: Why riding a roller coaster as tall as the Burj Khalifa could kill you



Six Flags Great Adventure

TECH INSIDER

<table>
<tr><td>❮   H O M E P A G E</td><td>Subscribe</td></tr>
</table>

App. 015

## BUSINESS INSIDER

    

 

* Copyright © 2021 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.

Sitemap | Disclaimer | Accessibility | Commerce Policy | CA Privacy Rights | Coupons | Made in NYC | Jobs

Stock quotes by finanzen.net | Reprints & Permissions

International Editions:

INTL | AT | AUS | DE | ES | FR | IN | JP | MX | NL | SE | PL | ZA

Insider.com™    Insider Inc.

BUSINESS INSIDER

App. 016

Case 4:21-cv-00579-P    Document 47    Filed 07/12/21    Page 19 of 27    PageID 495

## Los Angeles Times

LOG IN

ADVERTISEMENT

**CALIFORNIA**

# Unvaccinated people face growing danger as Delta variant stalls herd immunity



App. 017

Zuly Gomez, 42, right, comforts son Dean, 13, after he received his first dose of the Pfizer-BioNTech COVID-19 vaccine from registered nurse Mackenzie Waters, left, Wednesday at El Camino College in Torrance. (Christina House / Los Angeles Times)

By LUKE MONEY, RONG-GONG LIN II

JULY 12, 2021 5 AM PT



Recent spikes in coronavirus cases in Los Angeles County and elsewhere in California underscore a pandemic divergence, in which the unvaccinated face growing danger, while the vaccinated are able to move back to regular activities without fear of getting sick.

Some who have not been inoculated may have hoped that the dramatic decline in COVID-19 cases this spring and summer — which officials attribute to a robust vaccination campaign — would be enough to protect them without getting a shot. But with the spread of the highly contagious Delta variant, infections are again on the rise — and communities with low vaccination rates are in the crosshairs.

Los Angeles County reported more than 3,000 new coronavirus cases cumulatively over the last three days. It was the first time since early March that the county has reported three consecutive days with more than 1,000 new cases.

COVID-19 hospitalizations are also up. On Friday, they reached 373 — the most since early May and 76% higher than the record low of 212 on June 12. On Saturday, L.A. County reported 372 COVID-19 hospitalizations.

ADVERTISEMENT

Unvaccinated people may be playing an increasingly risky game of chance. The coronavirus case rate for California's unvaccinated residents is eight times higher than it is for vaccinated residents: For every 100,000 unvaccinated residents, 4.9 per day become infected, while for every 100,000 vaccinated residents, 0.6 are infected.



**CALIFORNIA**

**In troubling spike, L.A. County sees 3,000 new coronavirus cases in three days**

July 11, 2021

"In prior times, when we saw surges occurring, everyone had to be very concerned," said medical epidemiologist and infectious-diseases expert Dr. Robert Kim-Farley of the UCLA Fielding School of Public Health. "However, in the current situation, it is really those who are unvaccinated that should be highly concerned.

"Bottom line: there is no safe haven against COVID-19 if you are unvaccinated," he added. "The virus will find you."

Officials don't expect conditions to deteriorate to the levels seen last winter, before vaccines were available. Neither Gov. Gavin Newsom nor L.A. County officials have suggested imposing new restrictions on businesses or other public spaces to curb the spread of the coronavirus.

But the rises in hospitalizations and cases, which coincide with increasing circulation of the hyper-contagious Delta variant, mean more people need to get vaccinated.

"We've got still slightly under 4 million residents in L.A. County not yet vaccinated. The risk of increased spread remains very high," said Public Health Director Barbara Ferrer.

"The most powerful way to protect those in hard-hit communities ... is going to be to close the vaccination gaps."

California has been among the most successful states in terms of vaccination — with more than 59% of residents of all ages having received at least one dose, according to data compiled by The Times. Among adults, 76% have received at least one dose, according to the U.S. Centers for Disease Control and Prevention, making California the 10th most-vaccinated state.

But that positive big picture can be deceiving. Vaccination rates differ by county, by community, by age and by racial and ethnic group, and even areas with robust vaccine coverage may have pockets of people who remain at risk. That's because there are millions of people in California who have yet to receive a dose because they're too young or are unwilling to do so.

"The first line of defense for everybody 12 and older is, obviously, to build your confidence in this vaccine, get good information and come in as soon as possible to get vaccinated," Ferrer said. "And for those who are not yet vaccinated, you need to go back to doing what we were all doing before we had vaccines."

---



SCIENCE

**Vaccines are terrific, but where are the COVID-19 treatments?**

July 9, 2021

---

One estimate suggests it may take 84% of a population to either be inoculated or have survived a prior infection to reach herd immunity against the Delta variant; by contrast, it might take 71% to reach such a threshold against less contagious strains.

---



CALIFORNIA

**Coronavirus spread worsens across L.A. County as Delta variant brings rising alarm**

App. 020

In Los Angeles County, the Delta variant has spread mainly among unvaccinated people. Early clusters blamed on Delta were identified among at least 49 residents in Palmdale and Lancaster, including 14 members of one household.

About 59% of L.A. County residents of all ages have received at least one vaccine dose. Black residents are among the least likely to be vaccinated; 45% of Black residents age 16 and over have been vaccinated, compared with 54% of Latinos, 65% of white residents and 76% of Asian Americans.

This is why, experts say, Black residents are more likely to test positive for the coronavirus or be hospitalized with COVID-19. Between June 13 and June 26, for every 100,000 Black residents in L.A. County, 65 were positive; for Latinos, the figure was 26; for white residents, 22; and for Asian Americans, 10.

Over the same period, for every 100,000 Black residents, 9.3 were newly admitted into hospitals with COVID-19; compared with 5.4 Latinos, 2.7 white residents and 1.7 Asian American residents.

Among L.A. County residents age 16 and up, 69% have received at least one dose. Some communities have lower rates; for example, less than 55% in that age group are at least partially vaccinated in Westlake, Compton, Lancaster and parts of South L.A. Other areas have higher rates: At least 80% have had a dose in El Segundo, Westchester, Manhattan Beach, South Pasadena, Rolling Hills Estates, Monterey Park, Culver City and Marina del Rey.



SCIENCE

**COVID vaccines still work against Delta variant, study says**

July 8, 2021

Elsewhere in California, the counties with the highest vaccination rates, like Marin, San Francisco and Santa Clara, have managed to keep hospitalizations low and steady. But other counties with slightly lower vaccination rates, like Alameda and Sonoma, have seen noticeable spikes.

Alameda County reports that 70% of residents of all ages have received at least one dose, while Sonoma County reports 66%. Alameda County's COVID-19 hospitalizations rose from 37 on June 29 to 64 on Saturday, and Sonoma County's rose from six on June 17 to 37 on Saturday.

The problem is the same in both counties: the virus is spreading among the unvaccinated.

Rising case rates in Sonoma County are in part due to infections among the homeless population. A large outbreak has been reported at the county's largest homeless shelter, in Santa Rosa, where 48 have been infected. They are the first cases reported there since the peak of the pandemic in January.

"This outbreak is unique from January since it involves the Delta variant, which the homeless community is especially vulnerable to," wrote John Pavik, assistant director of communications for Catholic Charities, the nonprofit that runs the city-owned Samuel Jones Hall Homeless Shelter, in an email.

The trends in California mirror those of the nation as a whole, federal officials say.

The Delta variant is surging in pockets of the country with low vaccination rates, said CDC Director Dr. Rochelle Walensky. Many areas where less than 40% of residents have been vaccinated "are the locations in the country where we are seeing the increased hospitalizations and deaths among unvaccinated individuals," she said.

App. 022

"On the one hand, we have seen the successes of our vaccination program … with cases, hospitalizations and deaths far lower than the peaks we saw in January," Walensky said. "And yet, on the other hand, we are starting to see some new and concerning trends. Simply put, in areas of low vaccination coverage, cases and hospitalizations are up."

With California's vaccine rollout nearly 7 months old, there's mounting evidence as to the real-world effectiveness of the vaccines. Studies in the U.K. show that the Pfizer-BioNTech vaccine has been 96% effective at preventing hospitalization, and officials believe the Moderna and Johnson & Johnson vaccines are similarly effective.



**Coronavirus in California »**

14-day change

**Cases**   **+124%**

**Deaths**   **-1%**

**Vaccines »**

**59.3%**
of Californians have received a dose

**51.5%**
are fully vaccinated

How to get your vaccine »    What's reopening »

Experts note that the vaccines afford the highest level of protection only when someone has received the full regimen — either one shot of Johnson & Johnson or two of Pfizer-BioNTech or Moderna.

About 51% of Californians are fully vaccinated. But some Californians who started their inoculation course have yet to complete it, leaving them potentially exposed to infection — especially by Delta. The recommended interval between shots is three weeks for Pfizer-BioNTech and four weeks for Moderna, but experts advise completing the series regardless of how long it's been since the first dose.

App. 023

Case 4:21-cv-00579-P   Document 47   Filed 07/12/21   Page 26 of 27   PageID 502

In San Diego County, more than 140,000 residents are overdue for their second dose, officials said. It's unclear how many other Californians are in the same boat. The state Department of Public Health said data on second-dose delinquency were not immediately available Friday.

CALIFORNIA    COVID-19 PANDEMIC    COVID-19 VACCINES



## News Alerts

Get breaking news, investigations, analysis and more signature journalism from the Los Angeles Times in your inbox.

Enter email address

SIGN ME UP

You may occasionally receive promotional content from the Los Angeles Times.

 Luke Money

 Twitter   Instagram   Email   Facebook

Luke Money is a Metro reporter covering breaking news at the Los Angeles Times. He previously was a reporter and assistant city editor for the Daily Pilot, a Times Community News publication in Orange County, and before that wrote for the Santa Clarita Valley Signal. He earned his bachelor's degree in journalism from the University of Arizona.

 Rong-Gong Lin II

App. 024

Twitter      Instagram      Email      Facebook

Rong-Gong Lin II is a metro reporter based in San Francisco who specializes in
covering statewide earthquake safety issues and the COVID-19 pandemic. The Bay
Area native is a graduate of UC Berkeley and started at the Los Angeles Times in
2004.

SUBSCRIBERS ARE READING



CALIFORNIA

**Illegal pot invades California's deserts, bringing violence, fear, ecological
destruction**

CALIFORNIA

**California wildfire generates its own lightning as it more than doubles in
size**

App. 025