IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:21-cv-00579-P |
| v. | § | |
| | § | |
| JOSEPH R. BIDEN, JR., et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

On Friday evening, July 16, 2021, the federal defendants filed a "Notice of New CDC Order" attaching an order issued the same day by the Centers for Disease Control and Prevention (CDC) excepting unaccompanied noncitizen children from a prior order it issued in October 2020. The federal defendants submit that the new order moots Texas's pending request for a preliminary injunction in its entirety.

Accordingly, no later than **Wednesday, July 21, 2021**, the Court **ORDERS** the State of Texas to file a response informing the Court of the effect of the new order on its contentions in this lawsuit and its pending motion for a preliminary injunction. The federal defendants shall reply to Texas's response no later than **Friday, July 23, 2021**.

**SO ORDERED** on this 1**9th day** of **July, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE