# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00579-P |
| § | |
| JOSEPH R. BIDEN, JR., in his § | |
| official capacity as President of the § | |
| United States et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Continue Amendment and Report Deadlines. ECF No. 58. Having considered the Unopposed Motion, the Court finds it should be and hereby is **GRANTED.**

Therefore, it is **ORDERED** that Plaintiff's deadline to file an amended complaint is **EXTENDED up to and including August 23, 2021**, and the parties' deadline to file the joint report is **EXTENDED up to and including August 24, 2021.**

**SO ORDERED** on this **16th day** of **August, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE