# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00579-P |
| | § | |
| JOSEPH R. BIDEN, JR., in his | § | |
| official capacity as President of the | § | |
| United States et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Joint Report filed by the parties (ECF No. 63), the Court enters the following briefing schedule:

- **September 7, 2021** – Deadline for Texas to file its Motion for Preliminary Injunction;

- **September 21, 2021** – Deadline for Defendants to file a response to the Motion for Preliminary Injunction and a Motion to Dismiss and consolidated brief in support of each;

- **September 28, 2021** – Deadline for Texas to file consolidated response to Motion to Dismiss and reply in support of Motion for Preliminary Injunction;

- **October 5, 2021** – Deadline for Defendants to file reply in support of Motion to Dismiss.

If the Court denies Defendants' Motion to Dismiss, **within 14 days** of the denial order Defendants shall file an administrative record regarding any remaining Administrative Procedures Act claim, and the parties shall file a joint status report providing a proposed briefing schedule related to that administrative record.

**SO ORDERED** on this **26th day** of **August, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE