United States District Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| STATE OF TEXAS, <br>     *Plaintiff,* <br> v. <br> JOSEPH R. BIDEN, JR., *et al.*; <br>     *Defendants.* | Case 4:21-cv-00579-P |

## Texas's Renewed Motion for Preliminary Injunction

As set forth in its accompanying brief, the State of Texas moves that the Court issue a preliminary injunction requiring the Defendants to cease their exclusion of certain aliens from the Title 42 rapid-expulsion procedures and to detain qualifying aliens for a period sufficient to determine whether they are carrying the SARS-CoV-2 virus.

Dated September 7, 2021.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Respectfully submitted,

/s/ Aaron F. Reitz
AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801
leif.olson@oag.texas.gov

MATTHEW G. WHITAKER
Admitted *pro hac vice*
America First Legal Foundation
300 Independence Avenue SE
Washington, D.C. 20003
(202) 964-3721
info@aflegal.org

CHRISTOPHER J. HAJEC
Admitted *pro hac vice*
MATT A. CRAPO
Admitted *pro hac vice*
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
(540) 205-7986
litigation@irli.org

*Counsel for the State of Texas*

## Certificate of Conference

I certify that I conferred with Brian Stoltz, counsel for the Defendants, on August 16, 2021. He informed me that the Defendants oppose this motion.

/s/ Leif A. Olson

## Certificate of Service

I certify that on September 7, 2021, I filed with the Court's CM/ECF system, which serves filed documents on all counsel of record, (a) this Renewed Motion for Preliminary Injunction, (b) the brief supporting this motion, and (c) the appendix to this motion.

/s/ Leif A. Olson