**United States District Court
Northern District of Texas
Fort Worth Division**

STATE OF TEXAS,
    *Plaintiff,*

v.

JOSEPH R. BIDEN, JR., *et al.*;
    *Defendants.*

Case 4:21-cv-00579-P

## [Proposed] Preliminary Injunction

### A. Findings.

Texas has demonstrated that it has a substantial chance of prevailing on the merits of its claims; that it is experiencing, and is immediately threatened with, irreparable harm as a result of the defendants' conduct; and that the public interest and the balance of the equities favor an injunction.

### B. Conduct enjoined.

Based on these findings, the Defendants are:

- Enjoined from exempting unaccompanied alien children from the Title 42 procedures solely on their status as unaccompanied children.

- Enjoined from exempting from the Title 42 procedures to those family-unit members who meet the definition of "covered aliens" given in the October Order.

- Enjoined to detain aliens arriving on the southwest border who meet the standards set forth in 8 U.S.C. § 1182(a)(1) for a period sufficient to determine, in accordance with the requirements of 8 U.S.C. § 1222 and with the guidance of the Department of Health and Human Services, that those aliens are not carriers of the SARS-CoV-2 virus.

### C. Duration.

This injunction is in effect until further order of the Court.

### D. Waiver of bond.

Because there is no likelihood that the defendants will be harmed if this injunction is erroneous, the requirement to post a bond is dispensed with.

### E. Future proceedings.

The parties will confer and, by _____, file a report of that conference proposing a schedule for the final resolution of this case.

Signed on _____, 2021, at Fort Worth, Texas.

_____

Mark T. Pittman
United States District Judge