IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00579-P |
| | § | |
| **JOSEPH R. BIDEN, JR.,** in his official capacity as President of the United States et al., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Exceed Page Limits. ECF No. 66. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**

SO ORDERED on this **9th day** of **September, 2021.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE