IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| STATE OF TEXAS, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. et al., <br><br> Defendants. | Civil Action No. 4:21-CV-579-P |

## DEFENDANTS' MOTION TO DISMISS

For the reasons set forth in the accompanying brief, the defendants—various federal agencies and officials—hereby move to dismiss this case under Rule 12(b)(1) and/or (6) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    PRERAK SHAH
    Acting United States Attorney

    /s/ Brian W. Stoltz
    Brian W. Stoltz
    Assistant United States Attorney
    Texas Bar No. 24060668
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone:   214-659-8626
    Facsimile:    214-659-8807
    brian.stoltz@usdoj.gov

    Attorneys for Defendants

Certificate of Service

On September 21, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney

**Defendants' Motion to Dismiss – Page 2**