IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00579-P |
| | § | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States et al., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is twenty-nine legal service and advocacy organizations' ("Organizations")[1] Unopposed Motion for Leave to File Amicus Brief in Opposition to the Motion for Preliminary Injunction. ECF No. 82. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.**

Therefore, the Clerk of the Court is **INSTRUCTED** to file the Organizations' *Amicus Curiae* Brief, attached to the Unopposed Motion as Exhibit A (ECF No. 82-1), as a separate docket entry.

---

[1] The Organizations are Al Otro Lado; American Immigration Council; Asylum Access; Asylum Access México A.C.; Catholic Legal Immigration Network, Inc.; Center for Civic Policy; Center for Gender and Refugee Studies; Comunidad Maya Pixan Ixim; Disciples Immigration Legal Counsel; First Focus on Children; Florence Immigrant and Refugee Rights Project; FWD.us; Immigrant Defenders Law Center; Innovation Law Lab; International Mayan League; Justice Action Center; Justice for Our Neighbors El Paso; Kids in Need of Defense; Kino Border Initiative; La Raza Centro Legal SF; La Raza Community Resource Center; Migrant Center for Human Rights; National Immigration Law Center; National Immigration Project; Project Corazon, Lawyers for Good Government; the Refugee and Immigrant Center for Education and Legal Services; Refugees International; Student Clinic for Immigrant Justice, Inc.; and Taylor Levy Law.

**SO ORDERED** on this **27th day** of **September, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE