**United States District Court**
**Northern District of Texas**
**Fort Worth Division**

STATE OF TEXAS,
   *Plaintiff,*
v.
JOSEPH R. BIDEN, JR., *et al.*;
   *Defendants.*

Case 4:21-cv-00579-P

### Order Continuing Preliminary Injunction Deadlines

On Texas's unopposed motion, its deadline to file its opposition to the Defendants' motion to dismiss and its reply supporting its renewed motion for preliminary injunction is extended through October 8, 2021. The deadline for the Defendants' reply supporting their motion to dismiss is reset for October 15, 2021.

Signed on _____, 2021, at Fort Worth, Texas.

_____
Mark T. Pittman
United States District Judge