IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00579-P |
| | § | |
| JOSEPH R. BIDEN, JR., in his | § | |
| official capacity as President of the | § | |
| United States et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Texas's unopposed motion to continue preliminary injunction deadlines. ECF No. 85. Having considered the unopposed motion, the Court finds that it should be and hereby is **GRANTED.**

Therefore, it is **ORDERED** that the deadline for Texas to file its consolidated response to Motion to Dismiss and reply in support of Motion for Preliminary Injunction is extended **up to and including October 8, 2021**, and Defendants' deadline to file a reply in support of their Motion to Dismiss is extended **up to and including October 15, 2021**.

**SO ORDERED** on this **28th day** of **September, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE