## United States District Court
## Northern District of Texas
## Fort Worth Division

STATE OF TEXAS,
    *Plaintiff,*

v.

JOSEPH R. BIDEN, JR., *et al.*;
    *Defendants.*

Case 4:21-cv-00579-P

## <u>Texas's Unopposed Motion for Leave to File Out of Time</u>

Texas moves for leave to file its consolidated reply and opposition on October 11, 2021, an extension from its original deadline of October 8, 2021. This motion is sought not for delay, but so justice can be done.

The counsel primarily responsible for drafting and filing Texas's document was unexpectedly struck by debilitating migraine 30 minutes before filing the final documents. The migraine lasted over 48 hours. Having just recently fully recovered, counsel is now prepared to file, which the Defendants do not oppose. In consideration of that courtesy and opposing counsel's schedule, Texas does not oppose the Defendants' reply deadline being set for October 22.

Dated October 11, 2021.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

*Counsel for the State of Texas*

Respectfully submitted,

AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

/s/ Leif A. Olson
LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801
leif.olson@oag.texas.gov

MATTHEW G. WHITAKER
Admitted *pro hac vice*
America First Legal Foundation
300 Independence Avenue SE
Washington, D.C. 20003
(202) 964-3721
info@aflegal.org

CHRISTOPHER J. HAJEC
Admitted *pro hac vice*
MATT A. CRAPO
Admitted *pro hac vice*
Immigration Reform Law Institute
25 Massachusetts Ave. NW, Suite 335
Washington, D.C. 20001
(540) 205-7986
litigation@irli.org

## Certificate of Conference

I certify that I conferred with Brian Stoltz, counsel for the Defendants, on October 11, 2021, who informed me that the Defendants do not oppose this motion.

/s/ Leif A. Olson

## Certificate of Service

I certify that on October 11, 2021, I filed this motion with the Court's CM/ECF system, which will serve it on all counsel of record.

/s/ Leif A. Olson