IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **STATE OF TEXAS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-00579-P |
| § | |
| **JOSEPH R. BIDEN, JR.,** in his § | |
| official capacity as President of the § | |
| United States et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Motion for Preliminary Injunction (ECF No. 67), Defendants' Motion to Dismiss (ECF No. 76), and the related briefing and appendices. After reviewing the briefs and applicable law, the Court concludes that an evidentiary hearing is not necessary and that the Motions may be resolved on the papers.

Therefore, it is **ORDERED** that the Court will resolve the Motions on submission and will not conduct an evidentiary hearing. Should any party object to the Court not conducting an evidentiary hearing, the party should file a written objection and request for an evidentiary hearing **on or before Monday, November 1, 2021**.

**SO ORDERED** on this **26th day** of **October, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE