**United States District Court**
**Northern District of Texas**
**Fort Worth Division**

STATE OF TEXAS,
    *Plaintiff,*

v.

JOSEPH R. BIDEN, JR., *et al.*;
    *Defendants.*

Case 4:21-cv-00579-P

**Plaintiff's Supplement to Its Brief Supporting Its**
**Renewed Motion for Preliminary Injunction**

## A. Updated UAC numbers

Since the original brief supporting Texas's renewed motion for preliminary injunction, the number of unaccompanied alien children encountered by the United States Border Patrol at the southwest border have remained elevated: 18,806 in August, 14,358 in September, 12,779 in October, 13,934 in November, 11,893 in December, and 8,777 in January 2022. *See* https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters (last visited February 28, 2022).

## B. Updated Title 42 application numbers

Similarly, the number of family units subjected to Title 42 has remained low. After reaching a nadir of 12% in July 2021, the percentage of family units processed under Title 42 has remained low, generally hovering around 25% and not once reaching one in three.

| Month | Family-unit encounters | Title 42 applications to family units | |
|---|---|---|---|
| | | Absolute | Percentage |
| November 2020 | 4,302 | 3,641 | 84.6 |
| December 2020 | 4,406 | 3,332 | 75.6 |
| January 2021 | 7,296 | 4,546 | 62.3 |

| Month | Family-unit encounters | Title 42 applications to family units | |
| --- | --- | --- | --- |
| | | Absolute | Percentage |
| February 2021 | 19,590 | 9,478 | 48.4 |
| March 2021 | 54,132 | 21,572 | 39.9 |
| April 2021 | 50,094 | 17,930 | 35.8 |
| May 2021 | 44,747 | 9,320 | 20.8 |
| June 2021 | 55,896 | 8,028 | 14.4 |
| July 2021 | 83,499 | 10,110 | 12.1 |
| August 2021 | 86,631 | 17,070 | 19.7 |
| September 2021 | 64,388 | 17,599 | 27.3 |
| October 2021 | 42,799 | 13,359 | 31.2 |
| November 2021 | 45,062 | 11,566 | 25.7 |
| December 2021 | 51,736 | 11,503 | 22.2 |
| January 2022 | 31,795 | 8,333 | 26.2 |

*Id.*

Dated February 28, 2022.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Respectfully submitted,

AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

/s/ Leif A. Olson
LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801
leif.olson@oag.texas.gov

MATTHEW G. WHITAKER
Admitted *pro hac vice*

GENE P. HAMILTON
Admitted *pro hac vice*
America First Legal Foundation
300 Independence Avenue SE
Washington, D.C. 20003
(202) 964-3721
info@aflegal.org
gene.hamilton@aflegal.org

CHRISTOPHER J. HAJEC
Admitted *pro hac vice*
MATT A. CRAPO
Admitted *pro hac vice*
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
(540) 205-7986
litigation@irli.org

*Counsel for the State of Texas*

### Certificate of Service

I certify that on February 28, 2022, this document was filed through the Court's CM/ECF system, which automatically served it upon all counsel of record.

/s/ Leif A. Olson