UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STATE OF TEXAS,**

   Plaintiff,

v.                                                   No. 4:21-cv-0579-P

**JOSEPH R. BIDEN, JR. ET AL.,**

   Defendants.

# ORDER

   Before the Court is the Government's Notice of New CDC Order. ECF No. 101. This filing gives notice that "the treatment of unaccompanied children under Title 42 is now governed solely by CDC's new order terminating the prior Title 42 orders as to the unaccompanied children based on CDC's most recent public-health assessment." *Id.* at 3.

   Given this new dynamic, the Court has questions regarding what issues, if any, remain before it and the status of this lawsuit as a whole. The Court therefore **ORDERS** the Parties to file a Joint Status Report **on or before March 18, 2022**, at **5:00 p.m.** appraising the Court of any remaining issues and next steps in this litigation.

   **SO ORDERED** on this **14th day** of **March, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE