IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, JR. et al.,<br><br>    Defendants. | Civil Action No. 4:21-CV-579-P |

## JOINT STATUS REPORT

With respect to the CDC's March 11 order, the State of Texas believes that it continues, rather than reopens and reconsiders, the Defendants' last decision and that it therefore does not affect the litigation. *See Texas v. Biden*, 20 F.4th 928, 954–57 (5th Cir. 2021). The Defendants believe that the March 11 order superseded CDC's previous orders, therefore mooting Texas's claims regarding unaccompanied minors, which are based on the now-superseded July 2021 and August 2021 orders. *See* ECF 101 at 3.

With respect to remaining issues and next steps in this litigation, the parties note that the latest of CDC's recurring 60-day reviews to reassess whether the August 2021 Title 42 order remains necessary is scheduled to end on March 30, 2022. Given the proximity of that date and the likelihood that whatever decision CDC makes will affect this litigation, the parties propose that any pending deadlines in this action be stayed and that the parties file a new joint status report on or before April 6, 2022, to propose next steps in this case.

Joint Status Report – Page 1

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>AARON F. REITZ<br>*Lead Counsel*<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105704<br>aaron.reitz@oag.texas.gov<br><br>/s/Leif A. Olson<br>LEIF A. OLSON<br>Special Counsel<br>Texas Bar No. 24032801<br>leif.olson@oag.texas.gov<br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1700<br><br>GENE P. HAMILTON*<br>MATTHEW G. WHITAKER*<br>America First Legal Foundation<br>300 Independence Avenue SE<br>Washington, D.C. 20003<br>(202) 964-3721<br>gene.hamilton@aflegal.org<br>matt.whitaker@aflegal.org<br><br>CHRISTOPHER J. HAJEC*<br>MATT A. CRAPO*<br>Immigration Reform Law Institute<br>25 Massachusetts Ave. NW, Suite 335<br>Washington, D.C. 20001<br>(540) 205-7986<br>litigation@irli.org<br><br>Counsel for the State of Texas<br><br>* admitted *pro hac vice* | CHAD E. MEACHAM<br>UNITED STATES ATTORNEY<br><br>/s/ Brian W. Stoltz<br>Brian W. Stoltz<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone: 214-659-8626<br>Facsimile: 214-659-8807<br>brian.stoltz@usdoj.gov<br><br>Attorneys for Defendants |

## Certificate of Service

On March 18, 2022, I filed this Joint Status Report with the Court through its CM/ECF system, which automatically serves it upon all counsel of record.

/s/ Leif A. Olson

**Joint Status Report – Page 3**