UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STATE OF TEXAS,**

   Plaintiff,

v.                                                       No. 4:21-cv-0579-P

**JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Parties' Joint Status Report ("Report"). ECF No. 103. Having considered the Report and docket entries, the Court concludes that any pending deadline in this action should be stayed and that the Parties should file a new joint status report. *See id.*

The Court therefore **ORDERS** that all pending deadlines in this case are **STAYED**.

The Court further **ORDERS** the Parties file a new joint status report to propose the next steps in this case **on or before April 7, 2022.** Based on the Parties' new joint status report, the Court may schedule an in-person scheduling conference to discuss the next steps in this case.

**SO ORDERED** on this **24th day** of **March, 2022.**

*(signed)* Mark T. Pittman
Mark T. Pittman
UNITED STATES DISTRICT JUDGE