**United States District Court**
**Northern District of Texas**
**Fort Worth Division**

STATE OF TEXAS,
    *Plaintiff,*

v.

JOSEPH R. BIDEN, JR., *et al.*,
    *Defendants.*

Case 4:21-cv-579-P

### Joint Status Report and Joint Motion for Scheduling Order

The CDC's recent order terminating its previous Title 42 orders will take effect on May 23, 2022. *See* 87 F.R. 19941, 19955 (Apr. 6, 2022).

Texas intends to (1) amend its complaint to challenge the termination order under the APA and (2) move to stay or postpone, or in the alternative preliminarily enjoin the implementation of, that order. The Defendants do not oppose the amendment but will oppose the motion. The parties propose the following schedule:

- April 15, 2022: Plaintiff's deadline to amend complaint and move to stay or postpone, or in the alternative enjoin implementation of, termination order

- April 29, 2022: Defendants' deadline to oppose motion and to file administrative record

- May 6, 2022: Plaintiff's deadline to reply in support of motion

- May 9–12: Hearing on the motion, should the Court desire[1]

Texas respectfully requests that the Court grant it leave to amend its complaint, and the parties respectfully request that the Court render a scheduling order as proposed above.

---

[1] Defendants' counsel has a weekend trip with his son beginning on May 13.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

AARON F. REITZ
*Lead Counsel*
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
aaron.reitz@oag.texas.gov

/s/ Leif A. Olson
LEIF A. OLSON
Special Counsel
Texas Bar No. 24032801
leif.olson@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

GENE P. HAMILTON
MATTHEW G. WHITAKER*
America First Legal Foundation
300 Independence Avenue SE
Washington, D.C. 20003
(202) 964-3721
gene.hamilton@aflegal.org
matt.whitaker@aflegal.org

CHRISTOPHER J. HAJEC*
MATT A. CRAPO*
Immigration Reform Law Institute
25 Massachusetts Ave. NW, Suite 335
Washington, D.C. 20001
(540) 205-7986
litigation@irli.org

*Counsel for the State of Texas*

* admitted *pro hac vice*

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:  214-659-8807
brian.stoltz@usdoj.gov

*Attorneys for Defendants*

## Certificate of Service

On April 7, 2022, I filed this Joint Status Report and Joint Motion for Scheduling Order with the Court through its CM/ECF system, which automatically serves it upon all counsel of record.

/s/ Leif A. Olson