UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STATE OF TEXAS,**

   Plaintiff,

v.                                        **No. 4:21-cv-0579-P**

**JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL.,**

   Defendants.

### ORDER

Before the Court is the Parties' Joint Motion for Scheduling Order ("Motion"). ECF No. 106. By the Motion, Texas seeks to amend their Original Complaint for the *third* time. *See* ECF Nos. 1, 62. A third amended complaint would drastically alter the nature and scope of the instant dispute, further convoluting the docket. The Court therefore has serious concerns as to whether an amended complaint is the most efficient avenue to resolve the new dispute between the Parties.

Accordingly, the Court **SETS** the Motion for a telephonic hearing on **April 11, 2022, at 1:30 p.m. CST.** Texas shall provide the Court[1] and the Government with the call-in number for the hearing.

**SO ORDERED** on this **8th day** of **April, 2022.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1]Texas shall email the call-in number to Pittman_Orders@txnd.uscourts.gov.