UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STATE OF TEXAS,**

   Plaintiff,

v.   No. 4:21-cv-0579-P

**JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL.,**

   Defendants.

## ORDER

On April 8, 2022, the Court set the Parties' Joint Motion for Scheduling Order for a telephonic hearing. *See* ECF No. 107. Having considered the docket, the Court **CANCELS** the telephonic hearing.

The Court further **RESETS** the hearing regarding the Joint Motion to **3:00 p.m.** on **Wednesday, April 13, 2022,** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas.

**SO ORDERED** on this **11th day** of **April, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE