IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

———————————————————————

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, JR. et al.,<br><br>    Defendants. | Civil Action No. 4:21-CV-579-P |

### NOTICE REGARDING SCHEDULE OF TITLE 42 LAWSUIT IN THE WESTERN DISTRICT OF LOUISIANA

The government files this notice to provide new information about the lawsuit in the Western District of Louisiana[1] that was referenced during yesterday's hearing. Additional states have now joined in that suit—there are now a total of 21 state-plaintiffs in that case challenging the government's planned termination of Title 42 procedures at the border (which is to take effect May 23). These 21 states intend to file a motion for preliminary injunction imminently, and the parties in that case currently have agreed to propose to the Western District of Louisiana court the following schedule:

    April 14:  Plaintiffs file amended complaint (already filed today) and PI motion

    April 29:  Government files PI response and administrative record

    May 9 (10 a.m.):  Plaintiffs file PI reply

---

[1] *Louisiana et al. v. Centers for Disease Control and Prevention et al.*, No. 6:22-CV-885 (W.D. La.).

**Notice Regarding Schedule of Title 42 Lawsuit in the Western District of Louisiana – Page 1**

May 11–16:  Proposed hearing dates (at the court's discretion)

>Respectfully submitted,
>
>CHAD E. MEACHAM
>UNITED STATES ATTORNEY
>
>/s/ Brian W. Stoltz
>Brian W. Stoltz
>Assistant United States Attorney
>Texas Bar No. 24060668
>1100 Commerce Street, Third Floor
>Dallas, Texas 75242-1699
>Telephone:  214-659-8626
>Facsimile:   214-659-8807
>brian.stoltz@usdoj.gov
>
>Attorneys for Defendants

Certificate of Service

On April 14, 2021, the ECF system does not appear to be working and I am therefore filing this document using the clerk's office's "emergency filing" email address, with service to Texas by cc'ing counsel on the email to the clerk's office.

>/s/ Brian W. Stoltz
>Brian W. Stoltz
>Assistant United States Attorney