UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STATE OF TEXAS**,

   Plaintiff,

v.                                                                                                No. 4:21-cv-0579-P

**JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL.**,

   Defendants.

### ORDER

   Texas initiated the above-captioned case almost a year ago. *See* ECF No. 1. Now before the Court is the Parties' Joint Status Report and Motion for Scheduling Order ("Motion"). ECF No. 106. By the Motion, Texas seeks to file an amended complaint, which would drastically alter the nature and scope of the instant dispute. Because of this potentially drastic change, the Court held a hearing. *See* ECF Nos. 108, 109.

   At the hearing, the Court voiced its concerns with allowing an amended complaint at this stage in the litigation and heard argument from the Parties. Having further considered the Parties' arguments, and for the reasons the Court stated on the record at the hearing, the Court **DENIES** the Motion.

   **SO ORDERED** on this **14th day** of **April, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE