UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STATE OF TEXAS,**

   Plaintiff,

v.                                      No. 4:21-cv-0579-P

**JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL.,**

   Defendants.

## ORDER

Before the Court is the Denial of the Parties' Joint Status Report and Motion for Scheduling Order ("Order"). ECF No. 111. Having considered the Order and previous docket entries, the Court concludes that that the Parties should file a new joint status report.

The Court therefore **ORDERS** the Parties file a new joint status report to propose the next steps in this case **on or before October 11, 2022.** Based on the Parties' new joint status report, the Court may schedule an in-person scheduling conference to discuss the next steps in this case.

**SO ORDERED** on this **3rd day** of **October 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE