IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

STATE OF TEXAS,

    Plaintiff,

v.

JOSEPH R. BIDEN, JR. et al.,

    Defendants.

Civil Action No. 4:21-CV-579-P

## JOINT STATUS REPORT

Plaintiff and Defendants have, by and through the undersigned counsel, conferred as directed by the Court's October 3, 2022 order. As background, the most recent substantive event in this case was the Court's preliminary injunction relating to the treatment of unaccompanied alien children under two Title 42 orders issued by the Centers for Disease Control & Prevention (CDC) in July 2021 and August 2021. The parties are generally of the opinion that these matters have by now largely been superseded by later events.

In light of these intervening events, the parties anticipate soon filing an appropriate stipulation or other document to formally terminate this action, and are in the process of conferring about specific language for that anticipated filing and securing the necessary internal approvals for it. The parties request that they be given another week, to and through October 18, 2022, to continue and finalize these efforts.

Joint Status Report – Page 1

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | CHAD E. MEACHAM<br>UNITED STATES ATTORNEY |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Brian W. Stoltz<br>Brian W. Stoltz<br>Assistant United States Attorney |
| AARON F. REITZ<br>*Lead Counsel*<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105704<br>aaron.reitz@oag.texas.gov | Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:   214-659-8626<br>Facsimile:   214-659-8807<br>brian.stoltz@usdoj.gov |
| /s/ Leif A. Olson<br>LEIF A. OLSON<br>Special Counsel<br>Texas Bar No. 24032801<br>leif.olson@oag.texas.gov | Attorneys for Defendants |

MATTHEW G. WHITAKER
Admitted *pro hac vice*
America First Legal Foundation
300 Independence Avenue SE
Washington, D.C. 20003
(202) 964-3721
info@aflegal.org

CHRISTOPHER J. HAJEC
Admitted *pro hac vice*
MATT A. CRAPO
Admitted *pro hac vice*
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
(540) 205-7986
litigation@irli.org

*Counsel for the State of Texas*

Certificate of Service

On October 11, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney