IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, JR. et al.,<br><br>    Defendants. | Civil Action No. 4:21-CV-579-P |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate that this action is hereby dismissed without prejudice.  Each party will bear its own fees/costs.

Respectfully submitted,

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | CHAD E. MEACHAM<br>UNITED STATES ATTORNEY |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Brian W. Stoltz<br>Brian W. Stoltz<br>Assistant United States Attorney |
| AARON F. REITZ<br>*Lead Counsel*<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105704<br>aaron.reitz@oag.texas.gov | Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:   214-659-8626<br>Facsimile:    214-659-8807<br>brian.stoltz@usdoj.gov |
| /s/ Leif A. Olson<br>LEIF A. OLSON<br>Special Counsel<br>Texas Bar No. 24032801<br>leif.olson@oag.texas.gov | Attorneys for Defendants |

MATTHEW G. WHITAKER
Admitted *pro hac vice*
America First Legal Foundation
300 Independence Avenue SE
Washington, D.C. 20003
(202) 964-3721
info@aflegal.org

CHRISTOPHER J. HAJEC
Admitted *pro hac vice*
MATT A. CRAPO
Admitted *pro hac vice*
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, D.C. 20001
(540) 205-7986
litigation@irli.org

*Counsel for the State of Texas*

Certificate of Service

On October 18, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney